IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| DANIEL J. KAUFMAN, | DISMISSAL ORDER & MEMORANDUM DECISION |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:13-CV-1014 TS |
| IRON COUNTY JAIL, | District Judge Ted Stewart |
| Defendant. | |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's November 13, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

DATED this 13th day of January, 2014.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).